AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KENTAVIUS EVANS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 322-173

DOUGLAS WILLIAMS, Warden of Wheeler Correctional Facility,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated February 13, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Therefore, Plaintiff's case is dismissed without prejudice, and this civil action stands closed.

February 13, 2023
Date

John E. Triplett, Clerk of Court
Clerk

Candy Cashell
(By) Deputy Clerk

GAS Rev 10/2020